[No. 31079-1-II. Division Two. March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JOHN REITER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01041-9, Roger A. Bennett, J., entered November 12, 2003. *Reversed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 31175-5-II. Division Two. March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALAN HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-00629-7, Roger A. Bennett, J., entered November 26, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 31249-2-II. Division Two. March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LYNN SAUER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-01192-4, Russell W. Hartman, J., entered December 19, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 31251-4-II. Division Two. March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BOB DALE BEASLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-1-00782-6, David R. Draper, J., entered December 23, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ. Now published at 126 Wn. App. 670.